# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KISLING,<br><br>  Plaintiff,<br>v.<br><br>MARGARET MIMS, et al.,<br><br>  Defendants.<br>_____ / | CASE NO.   1:11-cv-00865-LJO-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE PRISON TRUST ACCOUNT STATEMENT<br><br>STATEMENT DUE WITHIN THIRTY DAYS |

Plaintiff Richard Kisling ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 27, 2011. (ECF No. 1.)

Pending before the Court is Plaintiff's Motion for Court Order re Filing Fee. (ECF No. 6.) In it, Plaintiff states that the Fresno County Sheriff took too much of money from his prison trust account to pay the filing fee. (Id.)

Pursuant to the Court's Order granting Plaintiff's IFP application, the Sheriff is to send payments from Plaintiff's account to pay the filing fee. (ECF No. 4.) The payments are to be 20% of the preceding month's income credited to Plaintiff's trust account each time the amount in the account exceeds $10.00. (Id.)

Plaintiff filed this action in May and his IFP application was granted in June. Plaintiff states that $100 was taken to pay the filing fee in June "per instructions on Court order 20% of April's income". He states that the balance of his account on May 24, 2011 was $241.57. Plaintiff claims that the $100 was more than the 20% required by the Order and that the Sheriff should have been considering May's income and not April's income.

Plaintiff does not state what his income for the month of May was. He merely states the balance at the time the filing fee payment was taken. Thus, the Court is unable to make a determination on Plaintiff's Motion without additional information.

Accordingly, the Court HEREBY ORDERS Plaintiff to file a prison trust account statement for the preceding six months. The prison trust account statement must be filed within thirty days.

IT IS SO ORDERED.

Dated:   September 15, 2011

UNITED STATES MAGISTRATE JUDGE