UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KISLING, | CASE NO.   1:11-cv-00865-LJO-GBC (PC) |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (ECF No. 6) |
| MARGARET MIMMS, et al., | |
| Defendants.       / | |

**ORDER**

Plaintiff Richard Kisling ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 27, 2011. (ECF No. 1.)  Pending before the Court is Plaintiff's Motion for Court Order re Filing Fee. (ECF No. 6.)  In it, Plaintiff states that the Fresno County Sheriff collected more money from his prisoner trust account than should have been taken.  (Id.)  On June 14, 2011, the Fresno County Sheriff's Department collected $100.00 from Plaintiff's account as directed by the Order granting Plaintiff's application to proceed in forma pauperis.  (ECF No. 6, p. 7.)

Pursuant to 28 U.S.C. § 1915, the Fresno County Sheriff's Department was ordered

to take 20% of the preceding month's income from Plaintiff's account to pay the filing fee in this action. (ECF No. 4.) It appears that Plaintiff assumes that the preceding month is May because his IFP application was granted in June. However, the statute is referring to the month preceding the filing of the Complaint. Plaintiff's Complaint was filed in May 2011, which makes the preceding month April. During the preceding month (April), $500.00 was deposited into Plaintiff's account. As such, the Fresno County Sheriff's Department withdrew the correct amount from Plaintiff's account: 20% of $500.00 is $100.00.

    Accordingly, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

Dated:  October 6, 2011

    UNITED STATES MAGISTRATE JUDGE